## SPURLOCK v. STATE.
### No. 13932.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

Cook, Smith & Teed, of Pampa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### LATTIMORE, J.

The indictment charged appellant with assault with intent to rape. He was found guilty of aggravated assault and his punishment assessed at one hundred fifty days in jail.

No statement of facts or bills of exception accompany the record. The indictment is regular. Nothing is presented for review.

The judgment is affirmed.

HAWKINS, J., absent.